United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-10084-MH
Sandra Luz Torres                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6          User: rcargillC          Page 1 of 1          Date Rcvd: Mar 28, 2019
                              Form ID: van150         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db          +Sandra Luz Torres,    32857 Avenue E,    Yucaipa, CA 92399-1927
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
39348594    +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,    Attn: Cashiering Department,
              1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
39287609    +Metro PC,    2250 Lakeside Blvd,    Richardson, TX 75082-4304
39287610    +Ocwen Mortgage,    1661 Worthington Road #100,    Wellington, FL 33409-6493
39287611    +Oportun Financial,    1600 Seaport Blvd,    Redwood City, CA 94063-5577
39287613    +Rigoberto Morales,    32857 Avenue E,    Yucaipa, CA 92399-1927
39287614    +State Farm Bank,    Ziele, Broadnax & Steele, LLP,    30 Corporate Park #450,
              Irvine, CA 92606-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          EDI: EDD.COM Mar 29 2019 07:48:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Mar 29 2019 07:48:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA 95812-2952
39287607     EDI: CAPITALONE.COM Mar 29 2019 07:48:00      Capital One Bank USA NA,    15000 Capital One Drive,
              Henrico, VA 23238
39370103     EDI: CAPITALONE.COM Mar 29 2019 07:48:00      Capital One Bank (USA), N.A.,
              by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
39287608    +EDI: RCSFNBMARIN.COM Mar 29 2019 07:48:00      Credit One Bank NA,    P.O. Box 98875,
              Las Vegas, NV 89193-8875
39391596     EDI: RESURGENT.COM Mar 29 2019 07:48:00      LVNV Funding, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
39287612     EDI: PRA.COM Mar 29 2019 07:48:00      Portfolio Recovery Associates,
              120 Corporate Blvd Ste 100,    Norfolk, VA 23502
39382487     EDI: PRA.COM Mar 29 2019 07:48:00      Portfolio Recovery Associates, LLC,
              C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
39324441     EDI: STFM.COM Mar 29 2019 07:48:00      State Farm Bank, FSB,    Attn: Bankruptcy Dept.,
              PO Box 2328,    Bloomington, IL 61702-2328
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Eric P Enciso    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W1
               eenciso@rasflaw.com, eenciso@ecf.courtdrive.com
              Jason B Cruz    on behalf of Debtor Sandra Luz Torres jcruz@jcruzlaw.com,
               paralegal1@starrparalegals.com
              Rod Danielson (TR)    notice-efile@rodan13.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
              Valerie Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                              TOTAL: 5

## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Sandra Luz Torres

**BANKRUPTCY NO.** 6:19−bk−10084−MH

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7515
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/28/19

**Address:**
32857 Avenue E
Yucaipa, CA 92399

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: March 28, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150−od13a Rev. 06/2017

**37 / CAR**